# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| O5-5O | 9469430 | Lt. M. Giffoes | #1189 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/10/2023 21600
Offense Charged: ☒ USC
18 USC 641(2)

Place of Offense: Chillicothe VA Medical Center, 17273 St. Route 104, Chillicothe OH 45601

Offense Description: Factual Basis for Charge:
Theft of Public Money, Property, Records: to wit: Retained possession of 1 Vocera, 1 PIV Com, 2 keys after being given notice property was to be returned.

### DEFENDANT INFORMATION

Last Name: ~~Brownsville~~
First Name: Morgan
M.I.: Lee

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: Court Room 183, Columbus, Ohio 43215, (614) 719-30..
Date: 04/19/2023
Time: 11:00

X Defendant Signature: Sent Certified Mail

*9469430*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- ☐ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.